**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 12-cv-03018-LTB

MELODIA DICKEY,

    Plaintiff,

v.

BRENDA HAGMAN,

    Defendant.

---

**MINUTE ORDER**

---

ORDER ENTERED BY SENIOR JUDGE LEWIS T. BABCOCK

    The Clerk of the Court is directed to terminate the request to reopen, ECF No. 12.  Plaintiff indicates in the request that she only intended to file one complaint, Case No. 12-cv-02364-LTB, and this case should be closed.  The Clerk of the Court is instructed to note Plaintiff's new address noted in the request to reopen.

Dated:  February 19, 2013